UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPRINGFIELD WATER & SEWER COMMISSION,<br>    Plaintiff,<br><br>    v.<br><br>ACE AMERICAN INSURANCE CO.,<br>    Defendant. | )<br>)<br>)<br>)<br>) Case No. 3:21-cv-30096-MGM<br>)<br>)<br>) |

SCHEDULING ORDER
January 27, 2022

ROBERTSON, U.S.M.J.

The following schedule was established at the scheduling conference held on January 26, 2022:

| Date | Deadline/Event |
|---|---|
| March 1, 2022 | Completion of automatic discovery/disclosures |
| June 30, 2022 | Filing of motions for leave to amend the pleadings to add parties, claims, or defenses |
| December 30, 2022 | Completion of non-expert discovery, including service of and responses to all written discovery (including requests for admissions) and non-expert depositions |
| January 4, 2023 | Case management conference at 2:00 P.M. (Remote) |
| February 15, 2023 | Plaintiff's designation of trial expert(s) and disclosure of information required by Fed. R. Civ. P. 26(a)(2) |
| April 3, 2023 | Defendant's designation of trial expert(s) and disclosure of information required by Fed. R. Civ. P. 26(a)(2) |
| June 1, 2023 | Completion of expert depositions |

It is So Ordered.

/s/ Katherine A. Robertson
KATHERINE A. ROBERTSON
United States Magistrate Judge